Joseph P. Russionello
United States Attorney
450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

Attorneys for the United States

E-FILING

**FILED**

JUL 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,       )   CRIMINAL NO. 08-70443 HRL
                                )
         Plaintiff,             )
                                )   NOTICE OF PROCEEDINGS ON
    v.                          )   OUT-OF-DISTRICT CRIMINAL
                                )   CHARGES PURSUANT TO RULES
Erik Martin Lamb                )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                )   OF CRIMINAL PROCEDURE
         Defendant.             )
                                )
_____)

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on _____, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment  ☐ Information  ☑ Criminal Complaint  ☐ Other _____

pending in the _____ District of Columbia, Case Number 08-438-m-01

In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code, Section(s) 2252

Description of Charges: _____.

Respectfully Submitted,
Joseph P. Russionello
UNITED STATES ATTORNEY

Date: 7/16/08

_____
Assistant U.S. Attorney

1

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
### For The District of Columbia

UNITED STATES OF AMERICA

v.

ERIK MARTIN LAMB
DOB: 10/10/86

## CRIMINAL COMPLAINT

CASE NUMBER: 08 - 438 - M - 01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between on or about ___April 21, 2008, and on or about June 30, 2008___ in the _____ District of ___COLUMBIA___ defendant(s) did, (Track Statutory Language of Offense)

knowingly, transport or ship in interstate or foreign commerce, by any means, including by computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct.

in violation of Title ___18___ United States Code, Section(s) ___2252___.

I further state that I am ___DETECTIVE JONATHAN ANDREWS___, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____ D2-1500
Signature of Complainant
DETECTIVE JONATHAN ANDREWS
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

JUL 16 2008                                    at    Washington, D.C.
Date                                                 City and State
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE                          _____
Name & Title of Judicial Officer               Signature of Judicial Officer
                                               DEBORAH A. ROBINSON
                                               U.S. MAGISTRATE JUDGE

08-438-M-0

## AFFIDAVIT

I, Jonathan K. Andrews Sr., being duly sworn, depose and state the following:

**Affiant's Background**

1. I am a Detective with the Metropolitan Police Department in Washington, DC (MPD) assigned to the Internet Crimes Against Children Unit (ICAC), and the Human Trafficking Task Force. I have been employed by the MPD for eighteen years. I have been Deputized through the United States Department of Justice's Marshal Service as a Special Deputy, and I am currently assigned to investigations relating to, among other things, crimes against children, including the sex trafficking of children, and child exploitation on the internet. I have also received training in prostitution investigations and the sex trafficking of children.

2. I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. I have made numerous arrests and interviewed numerous victims, witnesses, and suspects. I have participated in numerous child abuse investigations, child sex abuse investigations, and ICAC investigations.

4. The facts and information contained in this affidavit are based on my personal knowledge and observations, as well as upon information received from other individuals, to include other law enforcement officers who are assisting with this investigation, and my review of records and documents obtained during this investigation. This affidavit is based, in part, upon information provided to me by other members of the ICAC Task Force, including Metropolitan Police Detective Timothy Palchak and Federal Bureau of Investigation Special Agent Scott Schelble.

Page -1-

## Definitions/Terms

5. Yahoo is a commercial computer service, also known as a commercial bulletin board, offering subscribers the ability to communicate online with other individuals through, inter alia, chat rooms, e-mail and/or instant messaging.

6. Computer as used herein, is defined pursuant to 18 U.S.C. § 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

7. Internet Protocol address (IP address) refers to a unique number used by a computer to access the Internet. IP addresses can be dynamic, meaning that the Internet Service Provider (ISP) assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

## The Investigation

8. This affidavit is being submitted for the limited purpose of obtaining an arrest warrant. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to charge Erik Martin Lamb with a violation of Title 18, United States Code, Section 2252, titled "Certain activities relating to material involving the sexual exploitation of minors." For purposes of this request for an arrest warrant, child pornography is defined as indicated at 18 U.S.C. § 2256(8)(A).

9. Erik Martin Lamb is described as a white male, date of birth October 10, 1986, social security number 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, residing at 743 Fairlands Ave., Campbell, CA.

Page -2-

10. On May 17, 2007 at 1:39 p.m. PST, an individual using the Yahoo email name, "Givesamouthful" with a display name of John Smith sent Detective Palchak an email to his covert email account (daughterlover_maryland). Detective Palchak was using an undercover computer in the District of Columbia at this time. The message stated, "here is a pic of my in softball." Below the message was a picture of a female child wearing a softball uniform. On May 17, 2007, at 2:00 p.m. PST, Detective Palchak, while using an undercover computer in Washington, DC, received another email from "Givesamouthful." The email stated, "pic" and contained a picture of a clothed juvenile child. Detective Palchak had no further contact with this individual until April 9, 2008, at 4:36 p.m. PST, at which time "Givesamouthful" sent an email stating, "hey longtime no chat waz up mr.p."

11. On April 21, 2008, at 3:36 p.m. EST, Detective Palchak sent "Givesamouthful" an Instant Message (IM) via Yahoo Instant messenger. "Givesamouthful" responded to the IM and a conversation ensued. To date Detective Palchak has been communicating with "Givesamouthful" several times a week via email and Yahoo Instant Messenger. During the course of these conversations "Givesamouthful" sent hundreds of images and video clips via email and IM of prepubescent children engaged in sexual acts with adult men. These images were sent to Detective Palchak's undercover computer in Washington, DC.

12. During the course of these conversations "Givesamouthful" described himself as a 21 year-old white male residing in California. "Givesamouthful" further stated that he has a sexual interest in children under the age of 12 and stated that he is actively having sex with a prepubescent female that he baby-sits. "Givesamouthful" stated that he lives near a school and often photographs little girls while they are outside playing. "Givesamouthful" provided cell phone number

408-537-3827 to Detective Palchak and indicated that Detective Palchak could speak to "Givesamouthful" by calling that number. Detective Palchak contacted "Givesamouthful" via cell phone by calling 408-537-3827. During the course of this investigation, Detective Palchak has spoken to "Givesamouthful" approximately ten times. Each time Detective Palchak reached "Givesamouthful" by calling cell phone number 408-537-3827.

13. Further investigation revealed that the Yahoo account associated with the screen name of Givesamouthful@yahoo.com was registered to "John Smith" of Mountain View, California. (Yahoo! does not require users to provide accurate and truthful information when they sign up for an online account.) The IP addresses associated with logins to "Givesamouthful's" account showed that the majority of IP addresses were registered to publicly accessible computer networks in California operated by the Foothill-DeAnza Community College District and the Santa Clara County Government.

14. Further investigation revealed that the cellular telephone associated with telephone number 408-537-3827 is a prepaid cellular telephone.

15. At approximately 1:16 p.m. (PST) on July 15, 2008, Detective Palchak was conducting an online undercover session and engaged in an online chat with "Givesamouthful." During this time, other agents were conducting surveillance at an area known to be frequented by "Givesamouthful" during past communications, specifically, the Campbell City Library, in Campbell, California. During the online session, "Givesamouthful" sent to Detective Palchak an image of a child. After receiving the image, Detective Palchak placed a cellular telephone call to "Givesamouthful" at telephone number 408-537-3827. Surveillance agents at the Campbell City Library observed a man at the library answer his cellular telephone. The agents approached and

Page -4-

spoke to the man who answered his cellular telephone in the library. Detective Palchak was able to hear this interaction between "Givesamouthful" and the surveillance agents, as the cellular call was still active.

16.   Subsequent investigation revealed that "Givesamouthful's" true name is Erik Martin Lamb. Lamb was interviewed by Detective Palchak and Agent Schelble. During the interview Lamb admitted to sending child pornography to Detective Palchak's undercover account. Lamb also stated that he was previously in treatment for child pornography, and claimed that he had a prior arrest for allegedly molesting his cousin. Lamb stated that the allegation was false, but also indicated that he pled guilty to this offense. Thus far investigators have been unable to verify any prior arrests for Lamb.

Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that Erik Martin Lamb has violated Title 18, United States Code, Section 2252, titled "Certain activities relating to material involving the sexual exploitation of minors." In consideration of the foregoing, your affiant respectfully requests that the United States District Court issue an arrest warrant for Erik Martin Lamb.

Detective Jonathan Andrews
Internet Crimes Against Children Task Force
Metropolitan Police Department

JUL 1 6 2008

Sworn and subscribed before me this ____ day of July, 2008.

United States Magistrate Judge

**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**

Page -6-

AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ERIK MARTIN LAMB

**WARRANT FOR ARREST**

CASE NUMBER: 08-438-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ERIK MARTIN LAMB**
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly, transport or ship in interstate or foreign commerce, by any means, including by computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct

in violation of Title _18_ United States Code, Section(s) § 2252

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

JUL 16 2008   District of Columbia
Date and Location

Bail fixed at $ _____   by [signature]
                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | INVESTIGATE COPY ONLY ORIGINAL ON FILE WITH US MARSHALL RM | |